|   |   |
|---|---|
| 1 | EDWARD A. TREDER |
|   | State Bar No. 116307 |
| 2 | THOMAS K. AGAWA |
|   | State Bar No. 175952 |
| 3 | BARRETT DAFFIN FRAPPIER |
|   | TREDER & WEISS, LLP |
| 4 | 20955 Pathfinder Road, Suite 300 |
|   | Diamond Bar, California 91765 |
| 5 | Tel:  (626) 371-7032 |
|   | Email: ThomasA@BDFGroup.com |
| 6 | Attorneys for Defe*n*dants NDEX WEST, LLC, |
|   | ONEWEST BANK, FSB, DEUTSCHE BANK |
| 7 | NATIONAL TRUST CO. & MERS |

J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JULIE PAIGE, | CASE NO.:  2:10-cv-06022 R (SSx) |
| Plaintiff, | **JUDGMENT** |
| v. | Date: January 3, 2011 |
| ONE WEST BANK, FSB; INDYMAC MORTGAGE SERVICES; NDeX WEST, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the Indymac Indx Mortgage Loan Trust 2005-AR 7, Mortgage Pass-Through Certificates, Series 2005-AR 7 under the Pooling & Servicing Agreement dated April 1, 2005; TROXLER & ASSOCIATES, INC., a California corporation and DOES 1-50, inclusive, | Time: 10:00 a.m. |
| | Courtroom: 8 |
| | Hon. Manuel L. Real |
| | 312 N. Spring St., Los Angeles, CA 90012 |
| | Tel: (213) 894-5696 |
| Defendants. | |

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT
2 defendants NDEX WEST, LLC, a Delaware limited liability company, MORTAGE
3 ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, ONEWEST
4 BANK, FSB, both individually and on behalf of its wholly owned subsidiary INDYMAC
5 MORTGAGE SERVICES and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
6 TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR7,
7 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR7 UNDER THE
8 POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2005 (collectively
9 "Defendants") are hereby awarded judgment against plaintiff JULIE PAIGE ("Plaintiff") in
10 this action.
11   Defendants are awarded their costs of suit incurred herein.  This judgment shall
12 be a separate and final judgment against Plaintiff in favor of Defendants pursuant to Fed. R.
13 Civ. P. 58.
14 Dated: February 17, 2011

By: _____
HON. MANUEL REAL
Judge for the U.S. District Court for the
Central District of California, Eastern
Division

**CERTIFICATE OF SERVICE**

I, hereby certify that all counsel of record who are deemed to have consented to electronic service are being served today, February 17, 2011, with a copy of the foregoing document entitled (Proposed) **JUDGMENT** via the Court's CM/ECF system per this Court's General Order No. 08-02 & Local Rule 5-3.3.  Any other counsel of record (if any) will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

<u>Plaintiffs' Lawyer</u>[1]
Philip D. Dapeer, Esq. [SBN 53378]
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
T: (323) 954-9144
F: (323) 954-0457

<u>Attorneys for Defendant Troxler & Assoc.</u>
Chris W. Halling (SBN 90245)
Email: challing@hallingsokol.com
Christopher R. West (SBN 199227)
Email: cwest@hallingsokol.com
HALLING + SOKOL LLP
23586 Calabasas Road, Suite 200
Calabasas, California 91302
Tel: (818) 222-4994
Fax: (818) 222-4995

Executed on February 17, 2011, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of California that the above is true and correct.

Thomas K. Agawa

---

[1] Plaintiff's lawyer was also served on the same date by U.S. Mail, first class postage pre-paid.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28